**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sean Edward Gill, | NO. _____ |
| Plaintiff, | |
| v. | **INDEX** |
| MCSO Legal Liaison Section Compliance Division, | |
| Defendants. | |

Exhibit:

    (A) Civil Cover Sheet

    (B) State Court Record

        Attachments:
        1. Supplemental Cover Sheet
        2. Recent State Court Docket
        3. Complaint
        4. Service Documents
        5. Remainder of the State Court Record
        6. Verification of Angela D. Lane

    (C) Superior Court Notice of Removal to the Federal District Court

# EXHIBIT A

Civil Cover Sheet

(AO Form JS-44)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# <u>Civil Cover Sheet</u>

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Sean Edward Gill**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Defendant**(s): **Maricopa County Sheriff's Office Legal Liaison Division**

County of Residence: Maricopa

Defendant's Atty(s):

**Angela D. Lane (** Maricopa County Sheriff's Office Legal Liaison Division **)**
**Maricopa County Attorney's Office - Civil Services Division**
**225 W. Madison Street**
**Phoenix, Arizona  85003**
**602-506-8541**

**Sherle R. Flaggman (** Maricopa County Sheriff's Office Legal Liaison Division **)**
**Maricopa County Attorney's Office - Civil Services Division**
**225 W. Madison Street**
**Phoenix, Arizona  85003**
**602-506-8541**

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2022-017151**

<u>II. Basis of Jurisdiction</u>:          **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**

Defendant:- **1 Citizen of This State**

<u>IV. Origin</u> :                          **1. Original Proceeding**

V. Nature of Suit:    **440 Other Civil Rights**

VI. Cause of Action:    **42 USC 1983**

VII. Requested in Complaint
        Class Action: **No**
        Dollar Demand: **300,500.00**
        Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** **s/ Angela D. Lane**

    **Date:** **01/24/2023**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

# EXHIBIT B

## State Court Record

Attachments:
1. Supplemental Cover Sheet
2. Recent State Court Docket
3. Complaint
4. Service Documents
5. Remainder of the State Court Record
6. Verification of DCA Angela D. Lane

# Attachment 1
Supplemental Civil Cover Sheet

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.  **Style of the Case:**
    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Sean Edward Gill | Plaintiff | Pro Per<br>3250 W. Lower Buckeye Rd.<br>Phoenix, AZ 85009 |
| Maricopa County Sheriff's Office Legal Liaison Division | Defendant | Angela D. Lane, DCA (035963)<br>Sherle R. Flaggman, DCA (019079)<br>Maricopa County Attorney's Office<br>Civil Services Division<br>225 West Madison Street<br>Phoenix, AZ 85003<br>602-506-8541 |
|  |  |  |

2.  **Jury Demand:**
    Was a Jury Demand made in another jurisdiction?     Yes  ⦿          No  ◯
    If "Yes," by which party and on what date?

    Plaintiff                                                                                    12/29/2022

3.  **Answer:**
    Was an Answer made in another jurisdiction?     Yes  ◯          No  ⦿
    If "Yes," by which party and on what date?

**4.**     **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County Sheriff's Office Legal Liaison Division | 1/4/2023 | Process Server |
|  |  |  |
|  |  |  |

**5.**     **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
|  |  |
|  |  |
|  |  |

**6.**     **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A |  |
|  |  |
|  |  |

**7.**     **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | 42 U.S.C. § 1983 violations of Fourteenth Amendment and Eighth Amendment |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# ATTACHMENT 2

State Court Docket



Select Language ▼

Powered by **Google** Translate

# Civil Court Case Information – Case History

---

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-017151 | Judge: | Blaney, Scott |
| File Date: | 12/29/2022 | Location: | Downtown |
| Case Type: | Civil | | |

### Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Sean Edward Gill | Plaintiff | Male | Pro Per |
| M C S O Legal Liaison Section Compliance Division | Defendant | | Pro Per |

### Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 1/17/2023 | AFS - Affidavit Of Service | 1/23/2023 | |
| **NOTE:** MCSO LEGAL LIAISON SECTION COMPLIANCE DIVISION | | | |
| 12/29/2022 | COM - Complaint | 12/30/2022 | Plaintiff(1) |
| 12/29/2022 | CCN - Cert Arbitration - Not Subject | 12/30/2022 | Plaintiff(1) |
| 12/29/2022 | CSH - Coversheet | 12/30/2022 | Plaintiff(1) |
| 12/29/2022 | NJT - Not Demand For Jury Trials | 12/30/2022 | Plaintiff(1) |
| 12/29/2022 | ADW - Application Deferral/Waiver | 12/30/2022 | Plaintiff(1) |
| 12/29/2022 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 12/30/2022 | Plaintiff(1) |
| 12/29/2022 | ODF - Order Deferring Court Fees | 12/30/2022 | |

### Case Calendar

**There are no calendar events on file**

### Judgments

**There are no judgments on file**

# ATTACHMENT 3

Complaint

Person Filing: _Sean Edward Gill_

Booking No.: _1805600_

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

JEFF FINE

Clerk of the Superior Court
By Angela Campa-Tovar, Deputy
Date 12/29/2022 Time 12:30:18
Description          Amount
-------- CASE# CV2022-017151 --------
CIVIL NEW COMPLAINT        333.00 D
--------------- For Clerk's Use Only
TOTAL AMOUNT                 0.00
      Receipt# 29067290

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Sean Edward Gill_
Name of Plaintiff

_MCSO Legal Liaison Section Compliance Division_
Name of Defendant

Case Number: CV 2022-017151

Title:   **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.   Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

☒ The value of this case exceeds $10,000 dollars.

☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

☒ The Plaintiff resides in Maricopa County.

☒ The Defendant resides in Maricopa County.

☒ The Defendant does business in Maricopa County.

☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

☐ Other reason: _____

_____

Case Number: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☒ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is _Sean Edward Gill_

4. The Defendant in this case is _MCSO legal liaison Section Compliance Division_

## STATEMENT OF FACTS AND BREACH

5. _Sept 27 2022 I was called To The slidside door of Towers Jail 4 Bpod And Asked To Sign A Refusal for Chest X Ray Explained that I Never Refused X Ray that I was giving A Choice To Go to medical was told By Nurse would Talk To Provider._

6. _9/28/2022 was taken To Lower Buckeye Jail And placed And placed In diciplinary Segagration was Afforded No phone Calls personal or legal I was not let out on Cell At Reasonable Time for Lawyer To Answer_

7. _9/29/2022 was Supposed To Have Court Told By Staff That was on medical observation Count was postponed no Choice To make Arrangments for some Type of Release_

8. _10/4/2022 Pulled out for Court Then took back To Cell Told postposed due to medical observation again no Choice for Release_

9. _10/4/22 Recieved Confirmation Verbally By medical Staff That should not Be In disciplinary cleared To go back_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

10. Made Multiple Attempts To Resolve By Inmate Letter
10/12/22 filed Inmate Grievance Exhibit #1

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue
consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 1 ) Due Process

( 2 ) Substantive due Process

( 3 ) 14th Amendment

( 4 ) Cruel and unUsual punishment

(   ) _____

(   ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and
continue consecutive numbering.)

## INJURIES

(   ) Post Traumatic Stress Disorder

ALL RIGHTS RESERVED

Case Number: _____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) 2016 Chevy Silverado   $25,000.00

2019 Kawasaki ZX14 $19,500.00

( 2 ) Work Tools   $20,000.00

Personal Tools   $3,500.00

( 3 ) Residence   $50,000.00

( 4 ) Personal Items   $50,000.00

Emotional Stress   $131,500.00

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this   12-14-2022 .

*(Date of signature)*

_____
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Statement of facts And Breach

11) 10/14/22 Pulled for Count, But Prior to Count MCSO Staff Garza Talked To me About Grievance exhibit 1 And told was Not Supposed To be IN diciplinary Told was cleaned To Go Back to General population She said it might Not Be Towns Jail But I Would Be moved By the Time I got home from court which did Not happen.

exhibit #2 12) 10/16/22 WAS denied Any Kind of phone calls personal or legal So put In INmate Request form for legal 48 hours IN advance with Time Lawyer Name And Phone # per INmate Hand Book And was denied And told Reason was because They were moving Juvinile The phone IN pod only make legal calls for detention INmates

13) WAS denied Showers for 4 days Then again 6 days Then Again for 7 days Not Sure exact date But Can Be Confirmed by Camera IN pod filling motions for footage.

14) IN This time was Not Able To Talk to land lord So I lost my place To live, 2 Vehicle Silverado Truck 2X14 motorcycle, Tools, Clothes, personal etc I was denied "Due process" And was Treated with "Cruel And UNUsial punishment"

15) ON 12/16/2022 Recieved Greivance form Back from Costody Hearing Sergeant Serial # B1679 Stating The Had or Have Any Diciplinary Reports. Exhibit 3 This clearly proves my case That I Should of not Been In Diciplinary

Exhibit 1

# Maricopa County Sheriff's Office
## Paul Penzone, Sheriff
## INMATE GRIEVANCE FORM

# _____
Office use only

TO: _____ RECEIVED BY: _____ DATE/TIME: _____

FROM: _____

| Inmate name | Booking # | Facility | Cell/Bed | Date /Time |

**I.  Grievance** (to be completed by inmate): Briefly describe your grievance and a proposed resolution.

_____
_____
_____
_____
_____
_____
_____

_____          _____
Inmate Signature                          Date / Time

**II.  Officer Action Taken to Resolve:** ☐ **Addendum attached     Translator:** _____

_____
_____
_____

_____          _____
Officer Name / Serial #                  Date / Time
**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

_____          _____
Inmate Signature                          Date / Time

**III.  Sergeant Action Taken to Resolve:** ☐ **Addendum attached     Translator:** _____

_____
_____
_____

_____          _____
Sergeant Name / Serial #                 Date / Time
**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

_____          _____
Inmate Signature                          Date / Time

**IV.  Shift Commander Action:** ☐ **Addendum attached** ☐ **I concur with the findings and actions taken by staff**

_____          _____
Shift Commander Name / Serial #          Date / Time
**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

_____          _____
Inmate Signature                          Date / Time

**V.  Custody Bureau Hearing Unit Action (formal):** ☐ **Addendum attached     Translator:** _____

_____
_____
_____

_____          _____
Custody Bureau Hearing Sergeant Name / Serial #    Date / Time

_____          _____
Inmate's Signature        Booking #              Date / Time

**To Inmate:** If not satisfied with the Hearing Sergeant's resolution, submit an inmate Institutional Grievance Appeal form within **24 hours** of receipt to the Jail/Division Commander through the Hearing Sergeant. You must attach the yellow copy of this grievance to the appeal.
WHITE-Return to the Hearing Officer upon response   YELLOW-Return to inmate with response   PINK-Retained by inmate upon submittal

5000-239   R 12/17   96636-194

Check One:    □ 1. Library   □ 2. Religious   □ 3. Legal   □ 4. Programs   □ 5. Other

Maricopa County Sheriff's Office
Paul Penzone, Sheriff
**Inmate Request Form**
**Formulario de Solicitud para presos**

| Name (Nombre): | Jail (Carcel): |
|---|---|
| Booking No. (Numero Fichado): | House (Casa): |
| Date of Birth (Fecha De Nacimiento): | Cell (Celda): |

**1.    Inmate Library Request (Biblioteca)**   □ English     □ Español

Inmates are provided a variety pack of reading materials.  Each jail receives a delivery once per month.
NO INMATE REQUEST IS REQUIRED.
Para presos que han sido identificados por leer y hablar unicamente en español, el material de lectura en español está disponible.
□ MARQUE POR FAVOR LA CAJA SI USTED SOLO LEE Y HABLA ESPAÑOL.

**2.    Inmate Religious Request (Solicitud Religiosa)**
Religion:      □ Catholic (Catolico)      □ Protestant (Protestante)      □ Muslim (Musulman)
□ Other religion (Otra religion) _____

Request (Solicitud):    □ Bible (Biblia)      □ Bible Study (Estudio biblico)
□ Inspirational   Material (Material inspirante)    □ Religious Counseling (Consejo religioso)
□ Religious Diet (Dieta religioso)

**3.    Inmate Legal Requests (Solicitud Legales)**
Inmate Legal Requests must be submitted on the Inmate Legal Request form.
(Solicitudes Legales para Presos deberan presentarse en el formulario de Solicitud Legal para Presos.)

**4.    Inmate Programs (Programas)**
□ Self-help (Esfuerza propio)      □ GED      □ Juvenile Education (Educacion juvenil)
□ Adult Special Education (Educacion especial de Adulto)
□ Alpha Program (Programa Alpha) **(Substance Abuse Treatment – *for Sentenced Inmates ONLY*)**

**5.    Other Inmate Information Request (Otra Informacion)**
□ Court date (Fecha de'corte)   □ Release date (Fecha de liberar)      □ Property release (Liberar del propiedad)
□ Legal call (Llamada legal)      □ Other _____
Please explain your request or question.  Print clearly.  (Por favor de explicar su solicitud o' pregunta.  Escribir claramente.)

Inmate Signature: _____

| Receiving Officer | |
|---|---|
| Date: _____ | Time: _____ |
| Signature: _____ | |

Response (if needed):

*Exhibit 5*

**Maricopa County Sheriff's Office**
**Paul Penzone, Sheriff**
**INMATE GRIEVANCE FORM**

# _____ Office use only

TO: _____ RECEIVED BY: _____ DATE/TIME: _____

FROM: _____

| Inmate name | Booking # | Facility | Cell/Bed | Date /Time |

**I.** **Grievance** (to be completed by inmate): Briefly describe your grievance and a proposed resolution.

_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature _____ Date / Time _____

**II.** **Officer Action Taken to Resolve:** ☐ **Addendum attached** **Translator:** _____

_____
_____
_____

Officer Name / Serial # _____ Date / Time _____
**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

Inmate Signature _____ Date / Time _____

**III.** **Sergeant Action Taken to Resolve:** ☐ **Addendum attached** **Translator:** _____

_____
_____
_____

Sergeant Name / Serial # _____ Date / Time _____
**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

Inmate Signature _____ Date / Time _____

**IV.** **Shift Commander Action:** ☐ **Addendum attached** ☐ **I concur with the findings and actions taken by staff**

_____ 11/22/2022 0907

Shift Commander Name / Serial # _____ Date / Time _____
**This grievance has been:** ☐ **Resolved informally** ☐ **Withdrawn by the inmate** ☐ **Forwarded to the next level**

Inmate Signature _____ Date / Time _____

**V.** **Custody Bureau Hearing Unit Action (formal):** ☐ **Addendum attached** **Translator:** _____

_____
_____
_____
_____

Custody Bureau Hearing Sergeant Name / Serial # _____ Date / Time _____

Inmate's Signature _____ Booking # _____ Date / Time _____

**To Inmate:** If not satisfied with the Hearing Sergeant's resolution, submit an inmate Institutional Grievance Appeal form within **24 hours** of receipt to the Jail/Division Commander through the Hearing Sergeant. You must attach the yellow copy of this grievance to the appeal.
WHITE–Return to the Hearing Officer upon response   YELLOW–Return to inmate with response   PINK–Retained by inmate upon submittal

# ATTACHMENT 4

Service Documents

DOWTOWN JUSTICE COURT
**Constable Darlene Martinez**
620 W. Jackson St. Phoenix, Arizona 85003
Office: 602-372-6318   Cell: 602-463-2745
darlene.martinez@maricopa.gov



# Certificate of Service

COURT: _SUPERIOR_           CASE #: _CV 2022 017151_

Plaintiff: _SEAN EDWARDGILL_   Defendant: _MCSO Legal Liaison Section_
_Compliance Sec_

___ **Subpoena**              ✓ **Summons & Complaint**

___ **Order of Protection**     ___ **Show Cause**

___ **Order of Harassment**     ___ **Injunction Prohibiting**

___ **Notice to the Defendant**   ___ **Cimminal Summoms**

___ **Notice of Hearing on Order of Protection**

___ **Notice of Hearing on Injuction Prohibing Harassment**

___ **Notice of Hearing for Motion to Compel**

Other: _____

Date Received: _1-3-2023_

Date Served: _1-4-2023_   Time Served: _01540_

Person Served: _Darlene Fuller B4987_

By Service On: _MCSO Legal Liaison Section Compliance_

Location of Service: _550 W. JACKSON ST PHX, AZ 85003_

Constable Darlene Martinez C2528 : _[signature]_

Date: _1-4-2023_

I declare under the penalty of perjury that the forgoing is true and correct

### County of Maricopa, State of Arizona

2023 JAN 17 PM 3: 33
CLERK OF THE
SUPERIOR COURT
FILED
K. WHITSON. DEP

1

Person Filing: _Sean Edward Gill_

Booking No.: _T805609_

Address (if not protected): _3250 W. Lower Buckeye Road_

City, State, Zip Code: _Phoenix, AZ 85009_

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing  [X] Self, without a Lawyer or  [ ] Attorney for  [ ] Plaintiff OR  [ ] Defendant

RECEIVED
JUSTICE COURT

2022 DEC 2 ~

COPY

DEC 2 9 2022

CLERK OF THE SUPERIOR COURT
Clerk of Clerk
DEPUTY CLERK only

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

FILED
DEC 2 9 2022
DOWNTOWN
JUSTICE COURT

_Sean Edward Gill_
Name of Plaintiff

Case No.: CV 2022 - 019562

## SUMMONS

And

_MCSO Legal Liaison Section Compliance division_
Name of Defendant

---

> **WARNING: This is an official document from the court that affects your rights. Read this carefully.**
> **If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _MCSO Legal Liaison Section Compliance division_
Name of Defendant

1.  A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    -   **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205** OR
    -   **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032** OR
    -   **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201** OR
    -   **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

    **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff *outside the State of Arizona, your Response must be filed within* THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  *Requests for an interpreter for persons with limited English proficiency must be made to the division* assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date

COPY
DEC 2 9 2022

_____

CLERK OF SUPERIOR COURT

By_____

Deputy Clerk

THE INFORMATION SUMITTED ON THIS SHEET IS THE ONLY INFORMATION THE DEPUTY WILL HAVE IN SERVING YOUR PAPERWORK. **PLEASE WRITE AS MUCH INFORMATION AS POSSIBLE.**

**(THIS INFORMATION WILL BE KEPT CONFIDENTIAL!)/(ESTA INFORMACION ES CONFIDENCIAL!)**

| PERSON REQUESTING SERVICE/PERSONA PIDIENDO |
| --- |

Your NAME/NOMBRE: Sean Edward Gill  T805609

Your MAILING ADDRESS/DIRECCION: 3250 W. Lower Buckeye Rd.

CITY/CIUDAD: Phoenix_____ STATE/ESTADO: AZ____ ZIP CODE/CODIGO POSTAL: 85009

Your DAY PHONE NUMBER/NUMERO DE TELEFONO:(  )

Your IDENTIFICATION#:_____ STATE/ESTADO:_____ EXP. DATE_____

Your D.O.B./FECHA DE NACIMIENTO: 02-15-1973

***Note: please keep identification for verification/Por favor montengo identificación disposable para verification***

| PERSON BEING SERVED/PERSONA RECIBIENDO LA |
| --- |

NAME/NOMBRE: MCSO Legal Liaison Section Compliance division

HOME ADDRESS/DIRECCION: 550 W Jefferson)____ APT/SPACE# 100

CITY/CIUDAD: Phoenix____ ZIP CODE/CODIGO POSTAL: 85003 GATE CODE #:_____

PHONE NUMBER/NUMERO DE TELEFONO:(  )_____ CELLULAR/PAGER: (  )_____

HEIGHT/ALTURA:_____ WEIGHT/PESO:_____ RACE/REDA:_____ D.O.B./FECHA DE NACIMENTO:_____

EYE COLOR/COLOR DE OJOS:_____ HAIR COLOR/COLOR DE PELO:_____

DISTINGUISHING FEATURES/CARACTERISTICAS DISTINTIVAS:_____
(Scars, Tatoos, Marks/Tittujes, Marcus) Photo may be enclosed for Process Service/Una Photo Puede Ser Includa

| Where do they Work? |
| --- |

Employer/PATRON:_____

ADDRESS/DIRECCION DE EMPLEO:_____ City/CUIDAD_____

Zip/CODIGO POSTAL:_____ WORK PHONE/TELEFONO DE EMPLEO:(  )_____

Work Days & Hours/Horas Y Dias DE Trabajar:_____

CHECK ONE/MARCA UNO: They work in an Office/OFICINA: ☐  They work different locations each work day: ☐

| Vehicle Description/Descripcion DEL Vehiculer |
| --- |

License Plate #:_____

Make/Modelo:_____ Color_____ Year/Ano_____

DOES THIS PERSON HAVE A HISTORY OF VIOLENCE? ☐ Yes     ☐ No

ANY OTHER INFORMATION THE DEPUTY SHOULD BE AWARE OF, EXPLAIN/EXPLICA SI ESTA PERSONA TIENE UNA HISTORIA DE VIOLENCIA, INCLUYE INFORMACION QUE NOS AYUDARIA A ENTREGAR LA CITATION:

_____

_____

☒ I UNDERSTAND THE FEES CHARGED BY THE SHERIFF'S OFFICE FOR SERVICE OF THESE DOCUMENTS.
   (NO Fees are charged for Orders of Protection)

Signature,_____

| (Office use only) |
| --- |
| Submitted Code Word:_____ |
| Processed by_____ Date:_____ |

Person Filing: _Sean Edward Gill_

Booking No.: _T8 0 5 6 0 9_

Address (if not protected): __3250 W. Lower Buckeye Road__

City, State, Zip Code: __Phoenix, AZ 85009__

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

For Clerk's Use Only

COPY

DEC 29 2022

DEC 2 9 2022
DOWNTOWN
JUSTICE COURT

# SUPERIOR COURT OF ARIZONA IN
# MARICOPA COUNTY

_Sean Edward Gill_
Name of Plaintiff

Case Number: __CV 2022-017151__

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

_MCSo Legal liaison Section Compliance Division_
Name of Defendant

Plaintiff _Sean Edward Gill_, demands a trial by jury in this case. If this
_(Name of Plaintiff)_

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this __December 19, 2022__
_(Date of signature)_

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1                    CVC11f 050718

**CERTIFIED COPY**

Person Filing: _Seal Edward Gill_
Booking No.: _T802 609_
Address (if not protected): 3250 W. Lower Buckeye Road
City, State, Zip Code: Phoenix, AZ 85009
Telephone: _____
Email Address: _____

Lawyer's Bar Number: _____

Representing ☐ Self without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

CLERK OF THE SUPERIOR COURT
FILED

DEC 2 9 2022   12:30 p
A. Tovar, Deputy

For Clerk's Use Only

**FILED**
DEC 2 9 2022
**DOWNTOWN JUSTICE COURT**

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Seal Edward Gill_
Name of Petitioner/Plaintiff

Case Number: _CV 2022-017151_

### ORDER REGARDING DEFERRAL OR WAIVER
### OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT

_Marico Legal United Section Compliance Division_
Name of Respondent/Defendant

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM.**

---

THE COURT FINDS that the applicant (print name) _____ :

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

**OR**

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

3. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to pay (A.R.S. § 12-302(D)).

**OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

7. ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 1 of 3

GNF18f - 050119
Use current version

**IT IS ORDERED:**

☐ **DEFERRAL IS DENIED** for the following reason(s):

☐ The application is incomplete because _____
You are encouraged to submit a complete application.

☐ The applicant does not meet the financial criteria for deferral because _____
_____

A deferral **MUST BE** granted if the applicant is receiving public assistance benefits from the **Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

☑ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement

☐ agency. Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

☒ NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.

☐ SCHEDULE OF PAYMENTS.
The applicant shall pay $_____ each _____ (week, month etc.) until
paid in full, beginning _____.

☐ WAIVER IS DENIED for all fees and/or costs in this case.

☐ WAIVER IS GRANTED for all fees and/or costs in this case that may be waived under A.R.S.
§ 12-302(H).

☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF18f - 050119
Use current version

☑ Fees for service by publication.

☑ Filing fees and photocopy fees for the preparation of the record on appeal.

☑ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

   A. Fees and costs are taxed to another party;

   B. The applicant has an established schedule of payments in effect and is current with those payments;

   C. The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

   D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

   E. Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

      1. Pays the fees and costs; or,

      2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 23-964.

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

_____  OCT 9 2020     _____

                           ☐ Judicial Officer  ☑ Special Commissioner

I CERTIFY that I mailed/delivered/provided a copy of this document to:

☐ Applicant ☐ at the above address ☐ in court

☐ Applicant's attorney ☐ at the above address ☐ in court

Date: _____     By: _____ Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF18f - 050119
Use current version

# ATTACHMENT 5

Remainder of State Court Record

Person Filing: _Sean Edward Gill_
Booking No.: _T805609_
Address (if not protected): _3250 W. Lower Buckeye Road_
City, State, Zip Code: _Phoenix, AZ 85009_
Telephone: _____
Email Address: _____
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE SUPERIOR COURT
FILED
DEC 2 9 2022   1230p
A. Tover, Deputy

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Sean Edward Gill_
_____
PLAINTIFF,

vs.

_MCSO Legal liasin Section Compliance Division_
_____
DEFENDANT.

Case Number: _CV 2022 071151_

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____
_____
_____

SUBMITTED this _19_ day of _December_, 20 _22_.

SIGNATURE _Jean Gill_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 1 of 1                CV11f 031820

In the Superior Court of the State of Arizona

In and for the County of MARiCOPA

Case Number CV 2022-017151

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language(s):

_____

CLERK OF THE SUPERIOR COURT
FILED
**DEC 2 9 2022** 1230 pm
A. Tovar, Deputy

Plaintiff's Name(s): (List all)   Plaintiff's Address:   Phone #:   Email Address:

Sean Edward Gill T805609   3250 W. Lower Buckeye Rd Phx AZ 85009

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

MCSO Legal Liaison Section Compliance Division
550 W Jefferson # 100 Phx AZ 85003

(List additional Defendants on page two and/or attach a separate sheet)

**RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:**
**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ 299.000.00   ☐ Tier 1   ☒ Tier 2   ☐ Tier 3

**NATURE OF ACTION**
Place an "X" next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED   Page 1 of 3   CV10f 092921

Case No: _____

- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☐ 119 Recovery of Damages under A.R.S. §12-514* (Please provide Plaintiff DOB ___/___/_____)
- ☐ 116 Other (Specify) _____ *

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*
- ☐ 122 Physician D.O*
- ☐ 123 Hospital*
- ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (e.g., Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ 145 Special Action
- ☐ 194 Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)
- ☐ 199 Expungement

## 144 & 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review (See Lower Court Appeals cover sheet in Maricopa)
- ☐ 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☒ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f 092921

Case No: _____

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute – Discrimination*

☐ 185 Employment Dispute – Other*

☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License (Maricopa County Filings Only)

☐ 195(b) Amendment of Birth Certificate

☐ 200 Application/Motion Objecting to Foreign Subpoena

☐ 163 Other* _____
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC   ☐ Election Challenge
☐ Employer Sanction   ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at: https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

Person Filing: Sean Edward Gill

Booking No.: T80S609

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff    OR ☐ Defendant

CLERK OF THE SUPERIOR COURT
FILED
DEC 2 9 2022
A. Tovar, Deputy

# SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY

Sean Edward Gill
Name of Plaintiff

MCSo Legal liasion Section Compliance Division
Name of Defendant

Case Number CV 2022-017151

Title:   **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, Sean Edward Gill _____, demands a trial by jury in this case. If this
            (Name of Plaintiff)

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this December 19, 2022
          (Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

Person Filing: Jean Edward Gill

Booking No.: T805609

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

CLERK OF THE SUPERIOR COURT
DEC 2 9 2022 FILED   1230pm
A. Tovar, Deputy

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Jean Edward Gill
**Name of Petitioner/Plaintiff**

Case Number: CV 2022-017151

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

MCSo legal liaison Section Compliance Division
**Name of Respondent/Defendant**

STATE OF ARIZONA )
COUNTY OF Maricopa )
ss.

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1. [✓] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [✓] Temporary Assistance to Needy Families (TANF)
    [✓] Food Stamps
    [ ] Legal Aid Services

2. [ ] **WAIVER:**

    [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Case Number: _____

3. **FINANCIAL QUESTIONNAIRE**
   **SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

   | NAME | RELATIONSHIP |
   |------|--------------|
   | _____ | _____ |
   | _____ | _____ |
   | _____ | _____ |

**STATEMENT OF INCOME AND EXPENSES**

Employer name: _____

Employer phone number: _____

☒ I am unemployed (explain): _Because of Incarceration_

My prior year's gross income:                         $ _45,000.00_

**MONTHLY INCOME**

My total monthly gross income:                        $ _0_

My spouse's monthly gross income (if available to me): $ _0_

Other current monthly income, including spousal maintenance/support,
retirement, rental, interest, pensions, and lottery winnings: $ _0_

**TOTAL MONTHLY INCOME**                              $ _0_

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ _0_ | $ _____ |
| Car payment | $ _0_ | $ _____ |
| Credit card payments | $ _0_ | $ _____ |
| Explain: _____ _Incarcerated_ | | |
| Other payments & debts | $ _0_ | $ _____ |
| Household | $ _0_ | |
| Utilities/Telephone/Cable | $ _0_ | |
| Medical/Dental/Drugs | $ _0_ | |
| Health insurance | $ _0_ | |
| Nursing care | $ _0_ | |
| Tuition | $ _0_ | |
| Child support | $ _0_ | |
| Child care | $ _0_ | |
| Spousal maintenance | $ _0_ | |
| Car insurance | $ _0_ | |
| Transportation | $ _0_ | |
| Other expenses (explain) | $ _0_ | |
| **TOTAL MONTHLY EXPENSES** | $ _____ | |

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

| | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $_____ |
| Credit union accounts | $_____ |
| Other liquid assets | $_____ |
| **TOTAL ASSETS** | $_____ |

**The basis for the request is:**

4.  **[ ] DEFERRAL:**

   A. ____ My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

   **OR**

   B. ____ I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

   _____

   _____

   **OR**

   C. [ ] My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

5.  **[ ] WAIVER:**

   I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

## OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

11/17/2022
Date

Signature

Sean Gill
Applicant's Printed Name

11/17/22
Date

N. Rorie
Judicial Officer, Deputy Clerk or Notary Public

07/15/26
My Commission Expires/Seal:



N. RORIE
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 632836
Expires July 15, 2026

Person Filing: Sean Edward Gill
Booking No.: T805609
Address (if not protected): 3250 W. Lower Buckeye Road
City, State, Zip Code: Phoenix, AZ 85009
Telephone: _____
Email Address: _____

Lawyer's Bar Number: _____

CLERK OF THE SUPERIOR COURT
FILED

DEC 2 9 2022    1230 p

A. Tovar, Deputy
For Clerk's Use Only

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sean Edward Gill
**Name of Petitioner/Plaintiff**

MCSO Legal liaison section Compliance Division
MARicopa County Sheriffs office
**Name of Respondent/Defendant**

Case Number: CV 2022-017151

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA )
COUNTY OF MARicopa ) ss.

> **NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.**

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

☒ **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

[ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

[☒] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

I Am Incancerated _____

_____

[ ] An enforceable injunction against harassment has been granted to me against the person to be served.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

GNF21f - 090114
Use current version

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

[ ] This is what I did to try to find the other party (explain):

_____

_____

[ ] I have contacted the person(s) listed below to try to find the location of the other party.

**NAME**                                    **ADDRESS**

_____

_____

# OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 11/03/2022

Signature: _Jean Yell_

Applicant's Printed Name: _Sean Edward Gill_

# INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) 11/03/2022, the last known address of the person to be served as: MCSO Legal Liaison Section Compliance division 550 W. Jefferson #100 phx AZ 85003

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

Person Filing: Sean Edward Gill

Booking No.: T808 609

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

CLERK OF THE SUPERIOR COURT
FILED

DEC 2 9 2022  1230 p
A. Tovar, Deputy

For Clerk's Use Only

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sean Edward Gill

**Name of Petitioner/Plaintiff**

Case Number: CV 2022-017151

### ORDER REGARDING DEFERRAL OR WAIVER
### OF COURT FEES AND COSTS AND
**NOTICE REGARDING CONSENT JUDGMENT**

MCSO Legal liaison Section Compliance Division

**Name of Respondent/Defendant**

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM.**

---

**THE COURT FINDS** that the applicant (print name)_____:

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

**OR**

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

3. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to pay (A.R.S. § 12-302(D)).

**OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

7. ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

Case Number: _____

## IT IS ORDERED:

☐ **DEFERRAL IS DENIED** for the following reason(s):

☐ The application is incomplete because _____

**You are encouraged to submit a complete application.**

☐ The applicant does not meet the financial criteria for deferral because _____

_____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

☑ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☒ Fees for service of process by a sheriff, marshal, constable or law enforcement

☐ agency. Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

## IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:

☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

☐ **SCHEDULE OF PAYMENTS.**
The applicant shall pay $_____each _____(week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12- 302(H).

☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

Page 2 of 3

GNF18f - 050119
Use current version

Case Number: _____

☑ Fees for service by publication.

☑ Filing fees and photocopy fees for the preparation of the record on appeal.

☑ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

    A. Fees and costs are taxed to another party;

    B. The applicant has an established schedule of payments in effect and is current with those payments;

    C. The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

    D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

    E. Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

        1. Pays the fees and costs; or,

        2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of
A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: _____DEC 2 9 2022_____      _____X Clessensio_____

                                   ☐ Judicial Officer    ☑ Special Commissioner

---

I **CERTIFY** that I mailed/delivered/provided a copy of this document to:

☑ Applicant ☐ at the above address ☐ in court

☐ Applicant's attorney , at the above address ☐ in court

Date: _____DEC 2 9 2022_____      By: _____

                                           Clerk

© Superior Court of Arizona in Maricopa County
   ALL RIGHTS RESERVED         Page 3 of 3          GNF18f - 050119
   ODF                                          Use current version

# ATTACHMENT 6

**Verification of DCA Angela D. Lane**

## VERIFICATION OF ANGELA D. LANE

STATE OF ARIZONA)

                    )ss.

County of Maricopa     )

     I, Angela D. Lane, declare under penalty of perjury that I am a Deputy County Attorney with the Maricopa County Attorney's Office, Civil Services Division and that the attached documents are true and complete copies of all pleadings and other documents filed in the state court proceeding *Sean Edward Gill v. MCSO Legal Liaison,* Maricopa County Superior Court Case No. CV2022-017151.

                         DATED this 24th day of January 2023.

                         RACHEL H. MITCHELL
                         MARICOPA COUNTY ATTORNEY

                         By */s/ Angela D. Lane*
                             ANGELA D. LANE
                             Deputy County Attorney

# EXHIBIT C

Superior Court Notice of Removal to the
Federal District Court

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     ANGELA D. LANE (035963)
        SHERLE R. FLAGGMAN (019079)
        lanea01@mcao.maricopa.gov
        flaggmas@mcao.maricopa.gov
        Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-3411
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

*Attorneys for Defendant Maricopa County
Sheriff's Office Legal Liaison Division*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| Sean Edward Gill, | No. CV2022- 017151 |
| Plaintiff, | |
| v. | **NOTICE OF FILING NOTICE OF REMOVAL** |
| MCSO Legal Liaison Section Compliance Division, | |
| Defendants. | (Assigned to the Honorable Scott Blaney) |

        TO THE CLERK OF THE COURT AND PLAINTIFF:

        PLEASE TAKE NOTICE THAT Defendant Maricopa County Sheriff's Office

Legal Liaison Division, through undersigned counsel, hereby notifies this Court that they

are filing/have filed a Notice of Removal of this action to the United States District Court

for the District of Arizona.

-1-

A copy of the Notice of Removal without attachments filed today, January 24, 2023, is attached hereto as Exhibit A.

**RESPECTFULLY SUBMITTED** this 24th day of January 2023.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:  s/*Angela D. Lane*
ANGELA D. LANE
SHERLE R. FLAGGMAN
Deputy County Attorneys
*Attorneys for Defendant Maricopa County*
*Sheriff's Office Legal Liaison Division*

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the TurboCourt System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Honorable Scott Blaney
Maricopa County Superior Court
201 W. Jefferson Street
ECB - 411
Phoenix. AZ 85003

And copies **MAILED** to:

Sean Edward Gill #T805609
3250 W. Lower Buckeye Road
Phoenix, AZ 85009
*Plaintiff Pro per*

s/*R. Scott*

S:\CIVIL\CIV\Matters\CJ\2023\Gill, Sean vs MCSO 2023-0042\Word\NOR\Superior NOF NOR.docx

Exhibit A

1  RACHEL H. MITCHELL
2  MARICOPA COUNTY ATTORNEY

3  By:   ANGELA D. LANE (035963)
        SHERLE R. FLAGGMAN (019079)
4        lanea01@mcao.maricopa.gov
5        flaggmas@mcao.maricopa.gov
        Deputy County Attorneys
6
7  CIVIL SERVICES DIVISION
   225 West Madison Street
8  Phoenix, Arizona 85003
   Telephone (602) 506-3411
9  Facsimile (602) 506-4316
10 ca-civilmailbox@mcao.maricopa.gov
   MCAO Firm No. 0003200
11
12 *Attorneys for Defendant Maricopa County*
   *Sheriff's Office Legal Liaison Division*

13            **IN THE UNITED STATES DISTRICT COURT**

14              **FOR THE DISTRICT OF ARIZONA**

15
16 Sean Edward Gill,                    NO. _____

17            Plaintiff,

18 v.                                   **NOTICE OF REMOVAL OF**
                                        **MARICOPA COUNTY SUPERIOR**
19 MCSO Legal Liaison Section           **COURT CASE NO. CV2022-017151**
   Compliance Division,                 **TO THE UNITED STATES**
20                                      **DISTRICT COURT**
21            Defendants.
22
23
24       Defendant Maricopa County Sheriff's Office Legal Liaison Division, pursuant to

25 28 U.S.C. § 1331, §1441(c), §1446(a), and Rule 3.6, Local Rules Civil Procedure for the

26 District of Arizona, notices the removal of the above-captioned case, case number

27

28

CV2022-017151, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal asserts the following:

1.      On or about December 29, 2022, Plaintiff filed a Complaint against "MCSO Legal Liaison Section Compliance Division" in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Sean Edward Gill v. MCSO Legal Liaison Section Compliance Division*, CV2022-017151.

2.      The Complaint was served on the MCSO Legal Liaison Division on January 4, 2023.

3.      This Notice of Removal is being filed within thirty days after service of the Complaint and is therefore timely filed under U.S.C. § 1446(b).

4.      The Complaint filed in Maricopa County, among other claims, alleges the violation of Plaintiff's Fourteenth and Eighth Amendment rights, and is brought under 42 U.S.C. § 1983.

5.      By reason of the above facts, the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1441(c). All served Defendants consent to the removal of this action.

6.      A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "C," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendant respectfully requests that the above action now pending in Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 24th day of January 2022

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY


BY:  s/*Angela D. Lane*
     ANGELA D. LANE
     SHERLE R. FLAGGMAN
     Deputy County Attorneys
     *Attorneys for Defendant Maricopa*
     *Sheriff's Office Legal Liaison Division*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2161

And copies **MAILED** to:

Sean Edward Gill #T805609
3250 W. Lower Buckeye Road
Phoenix, AZ 85009
*Plaintiff Pro per*

s/*R. Scott*

S:\CIVIL\CIV\Matters\CJ\2023\Gill, Sean vs MCSO 2023-0042\Word\NOR\District NOR.docx

**From:**                    TurboCourt Customer Service
**Sent:**                    Tuesday, January 24, 2023 1:23 PM
**To:**                       Rosemarie Scott (MCAO); Nancy Youngerman (MCAO)
**Subject:**              AZTurboCourt E-Filing Courtesy Notification

---

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #7611554 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2022017151 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Gill Vs. M C S O Legal Liaison Section Compliance
Filed By: Angela D Lane
AZTurboCourt Form Set: #7611554
Keyword/Matter #: 2023-0042
Delivery Date and Time: Jan 24, 2023 1:23 PM MST
Forms:


Attached Documents:
Notice of Removal to Federal Court: NOTICE OF FILING NOTICE OF REMOVAL
Exhibit/Attachment (Supporting): Exhibit A